# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

CHARLES JACKSON, )
)
    Petitioner/Appellant, )
)
)
VS. )
)
)
CORRECTIONS CORPORATION OF )
AMERICA, et al., )
)
    Respondent/Appellee. )

**FILED**

Davidson Chancery **January 28, 1998**
No. 95-1889-I

**Cecil W. Crowson**
Appeal No. **Appellate Court Clerk**
01-A-01-9606-CH-00276

# ORDER

## CORRECTED   JUDGMENT

For good cause shown, the opinion filed by this Court on March 12, 1997, and the judgment

entered the same date are corrected and modified as follows:

Said opinion and judgment are corrected by changing the caption to read:

> CHARLES JACKSON,
>     Petitioner/Appellant
>
> VS.
>
> CORRECTIONS CORPORATION OF AMERICA, et al.,
>     Respondents/Appellees.

The last paragraph of said opinion is hereby modified to read as follows:

> The judgment of the Trial Court is reversed and
> vacated, and the cause is remanded to the Trial Court for
> further proceedings in conformity with the opinion of this
> Court.  All costs, accrued in the Trial Court and this Court are
> assessed against the Respondent, Corrections Corporation of
> America.

Said judgment is hereby modified to read as follows:

In accordance with the opinion of the Court filed herein, the judgment of the Trial Court is reversed and vacated. All costs accrued in this Court and the Trial Court are assessed against the respondent/appellee, Corrections Corporation of America. The cause is remanded to the Trial Court for further proceedings in conformity with the opinion of this Court.

ENTER _____

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
SAMUEL L. LEWIS, JUDGE


_____
BEN H. CANTRELL, JUDGE